

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2021

No. 04-21-00162-CV

Jordan **GUNTER**,
Appellant

v.

**CARROLL & HINOJOSA PLLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07466
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On June 3, 2021, we ordered appellant to provide written proof to this court within ten days of the date of the order that he had requested the reporter's record and that he had paid the reporter's fee or was entitled to appeal without paying the reporter's fee. We further ordered that, if appellant failed to respond to our order, his brief would be due within thirty days of the date of the order and we would consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). Appellant did not respond to our order, and appellant has not filed a brief. Appellant is therefore **ORDERED** to file, **within fifteen days** of the date of this order, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2021.



MICHAEL A. CRUZ, Clerk of Court